2055575

PROB 19A

SD/FL PACTS No.: 107047

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By Warren Condon
Deputy Clerk
Date Mar 27, 2017

## CASE NO. 11CR20120-HUCK

U.S.A vs Jesus Rosales

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Jesus Rosales-72444-179 | Male | White | 32 |
| ADDRESS (STREET, CITY, STATE) | | | |
| SUPERVISED RELEASEE IMPOSED BY (NAME OF COURT) Southern District of Texas | | DATE IMPOSED September 28, 2016 | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) Southern District of Texas/Laredo | | | |
| CLERK Steven M. Larimore | (BY) DEPUTY CLERK Warren P. Condon | DATE March 27, 2017 | |

## RETURN

| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for the Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshall or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."